# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:18-cv-02995-WJM

JUUL LABS, INC.,
a Delaware corporation,

        Plaintiff,

   v.

THE ELECTRIC TOBACCONIST, LLC,
a Colorado limited liability company,

        Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Juul Labs, Inc. ("Juul") and Defendant The Electric Tobacconist, LLC, ("ET") hereby enter the following stipulation:

Having executed a Confidential Settlement Agreement of this matter, Juul and ET request an order that:

    1.    Dismisses, with prejudice, the claims against ET as stated in the First Amended Complaint (D.I. 9) in accordance with a Confidential Settlement Agreement between Juul and ET; and

    2.    Authorizes this Court to retain jurisdiction to enforce the terms of the Confidential Settlement Agreement.

Respectfully submitted,

Dated: February 27, 2019　　　　By:　*s/Jeffrey H. Kass*
Jeffrey H. Kass
George G. Matava
LEWIS BRISBOIS BISGAARD & SMITH LLP
1700 Lincoln Street, Suite 4000
Denver, CO 80203
Tel.:　303.861.7760
Fax:　303.861.7767
kass@lewisbrisbois.com
george.matava@lewisbrisbois.com

*Attorneys for Plaintiff Juul Labs, Inc.*

*Of Counsel:*

Daniel E. Yonan
Michael E. Joffre
Nirav N. Desai
STERNE, KESSLER, GOLDSTEIN & FOX PLLC
1100 New York Avenue, NW
Washington, DC 20005
Tel.:　202.371.2600
Fax:　202.371.2540
dyonan@sternekessler.com
mjoffre@sternekessler.com
ndesai@sternekessler.com

(*Admission Applications to be filed shortly.)

Dated: February 27, 2019　　　　By:　*s/Neil L. Arney*
Neil L. Arney, Esq.
KUTAK ROCK LLP
1801 California St., Suite 3000
Denver, CO 80202
Tel.:　303.297.2400
Fax:　303.292.7799
Neil.Arney@KutakRock.com

*Attorneys for Defendant*
*THE ELECTRIC TOBACCONIST, LLC*

2